## LADD *v.* REUSCH.

COBB, J. This case falls within the well-settled rule, that the granting of an interlocutory injunction will not be interfered with, unless it manifestly appears that there has been an abuse of discretion by the trial judge.

*Judgment affirmed. All the Justices concurring.*

Argued December 13, 14, — Decided December 20, 1897.

Injunction. Before Judge Lumpkin. Fulton county. October 4, 1897.

*P. F. Smith*, for plaintiff in error.
*Arnold & Broyles* and *King & Spalding*, contra.